UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFECO NATIONAL INSURANCE
COMPANY, as subrogee of ELIZABETH
DIDYLOWSKI,

               Plaintiff,

          -against-

ELECTROLUX HOME PRODUCTS, INC.,

               Defendant.

**ORDER**

26-CV-00651 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on January 26, 2026. (Doc. 1). On February 18, 2026, Plaintiff filed an affidavit of service, indicating service of the summons and complaint was effectuated on Defendant Electrolux Home Products, Inc. on January 29, 2026. (Doc. 7). There has been no activity on the docket since.

Accordingly, by April 20, 2026, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why it should not pursue default judgment against Defendant.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated: White Plains, New York
       March 20, 2026

_____
Philip M. Halpern
United States District Judge